**LOVERING–JOHNSON, INC., Appellant,**

v.

**Donald C. WINTER, Secretary of the Navy, Appellee.**

No. 2006–1268.

United States Court of Appeals, Federal Circuit.

March 27, 2007.

Before MAYER, Circuit Judge, PLAGER and CLEVENGER, Senior Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.